# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC | PLAINTIFF/ COUNTER-DEFENDANT |
| v. | CAUSE NO. 1:18CV211-LG-RHW |
| NEW PALACE CASINO, LLC, as Owner/Operator of Palace Casino Resort | DEFENDANT/ COUNTER-PLAINTIFF |

## FINAL JUDGMENT

In accordance with the Order entered herewith, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2019.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE